PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VALENTIN CAMACHO,<br><br>  Defendant. | Case No. 5:21-po-00528-CDB<br><br>[Citation #09887046, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:21-po-00528-JLT [Citation #09887046, CA14] against VALENTIN CAMACHO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 12, 2024                     Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                                CHAN HEE CHU
                                                Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:21-po-00528-CDB [Citation #09887046, CA14] against VALENTIN CAMACHO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **March 12, 2024**

UNITED STATES MAGISTRATE JUDGE